UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2021
```

GEMMA POWER SYSTEMS, LLC,

    Plaintiff,

-against-

EXELON WEST MEDWAY II, LLC and
EXELON GENERATION COMPANY, LLC,

    Defendants.

19-cv-705 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that motions for summary judgment are due June 11, 2021. Oppositions are due July 2, 2021. Replies are due July 20, 2021.

IT IS FURTHER ORDERED that the parties' contemplated *Daubert* motions shall be held in abeyance.

IT IS FURTHER ORDERED that, by May 13, 2021, the parties shall file a joint status letter informing the Court whether they have agreed on a mediator, the identity of the mediator, and the timeline for the mediation.

The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 122, 124, 125, 126, 127, 128, 129, 130, 131, 133, and 134.

**SO ORDERED.**

Date: **April 29, 2021**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1